**Randall Lee CONRAD, Plaintiff–Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; Dept. of Justice; R.A. Perdue, Warden; Mr. Creasy, Counselor; Ms. Wilson, Secretary; Mrs. Thrope, Officer, Defendants–Appellees,**

and

**Numerous FCI Gilmer Employees, Officers, Secretaries, Counselors, Case Managers, etc., Defendants.**

No. 14–6134.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Randall Lee Conrad, Appellant Pro Se. Alan McGonigal, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Lee Conrad appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Conrad v. Federal Bureau of Prisons,* No. 3:12–cv–00133–GMG–JES (N.D.W.Va. Jan. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*